UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO.   06-441M |
| v. | ) | |
| ROYCE MILTON REED, | ) | DETENTION ORDER |
| Defendant. | ) | |

Offenses charged:

Unlawful Possession of a Firearm, in violation of Title 18, U.S.C., Sections 922(g)(1) and 924(a)(2);

Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, U.S.C., Sections 841(a)(1) and 841(b)(1)(C).

Date of Detention Hearing: September 21, 2006

The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by Ron Friedman. The defendant was represented by Robert Goldsmith.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

There is probable cause to believe the defendant committed the drug offense. The maximum penalty is in excess of ten years. There is therefore a rebuttable presumption against the defendant's release based upon both dangerousness and flight risk, under Title 18 U.S.C. § 3142(e). Presumption was not overcome in this case for the following reasons:

(1) Defendant has a sustained history of drug use while on supervision and a history of failing to appear. The alleged offense arose while he was on court supervision.

(2) The defendant admitted in court to firearm and drug possession.

(3) Due to the nature and seriousness of the crime alleged, release of the defendant would pose a risk of danger.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of September, 2006.

*[signature]*

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-